AO 10
Rev. 1/2009

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lee, Tom S. | 2. Court or Organization<br>United States District Court<br>Southern District of MS | 3. Date of Report<br><br>5/15/09 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Senior United States District Court Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/08<br>to<br>12/31/08 |
| 7. Chambers or Office Address<br><br>245 East Capitol Street<br>Suite 109<br>Jackson, MS 39201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. General Partner | Tom S. Lee ▮▮▮ Limited Partnership |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2009 MAY 21 P 12: 31
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | State Employees Pension Fund; pension upon retirement age 65 |
| 2. | |
| 3. | |

Lee_Tom_S

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Tom S. | 5/15/09 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[x] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Director – Community Bancshare of MS, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Tom S. | 5/15/09 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[x] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[x] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Tom S. | 5/15/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ING NQ VAR | | None | J | T | | | | | |
| 2. American Skandia NQ VA | | None | M | T | | | | | |
| 3. Van Kampen Muni Opp (VMO) | A | Dividend | J | T | | | | | |
| 4. MS 0 Coupon Bond | | None | M | T | Bond fluctu | | | | |
| 5. Eaton Vance MS Fund | B | Dividend | K | T | | | | | |
| 6. MS Hospital EQ & FAC Bond | A | Interest | K | T | | | | | |
| 7. Columbus MS Bond | B | Interest | | | Redeemed | 3/3 | K | A | |
| 8. Shares New Perspective | C | Dividend | M | T | | | | | |
| 9. Shares of Community Bancshares of MS, Inc. | E | Dividend | P1 | T | | | | | |
| 10. ING NQ VA hers #..███ | | None | J | T | | | | | |
| 11. American Skandia NQ VA | | None | M | T | | | | | |
| 12. hers #....███ His Hartford VA IRA.███ | | None | M | T | | | | | |
| 13. Land in Scott Co., MS | | None | K | W | | | | | |
| 14. U.S. Ser. E. Bonds | | None | L | T | Bonds Increase | | | | |
| 15. Phoenix Life | | None | L | T | Life Ins | | | | |
| 16. Community Bancshares of MS | C | Interest | M | T | | | | | |
| 17. His ING VA IRA..███ | | None | M | T | Account Fluc. | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Tom S. | 5/15/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Davis New York Venture | A | Dividend | | | Sell | 11/26 | J | A | |
| 19. Growth Fund of America | A | Dividend | | | Sell | 11/26 | J | A | |
| 20. New Perspective | A | Dividend | J | T | Combine with Item 8) on 8/12/08 | | | | |
| 21. Lord Abbert Aff. | A | Dividend | J | T | | | | | |
| 22. Alliance MF | | None | K | T | Account Fluc. | | | | |
| 23. Harford VA NQ (with JS) | | None | M | T | Account Fluc. | | | | |
| 24. Salomon Brothers (Name was changed to LMP Capital | A | Dividend | | | Sell | 3/28 | J | A | |
| 25. Her ING VA IRA... ▬ | | None | K | T | Account Fluc. | | | | |
| 26. FT Dow Dividend | A | Dividend | | | Sell | 11/28 | ⌐K | A | |
| 27. FT Dow Dividend | A | Dividend | | | Sell | 11/28 | K | A | |
| 28. FT Target VIP | A | Dividend | | | Sell | 11/28 | K | A | |
| 29. Franklin Income | A | Dividend | J | T | | | | | |
| 30. ABB Limited | | None | J | T | | | | | |
| 31. Silver Standard | | None | | | Sell | 11/28 | J | A | |
| 32. Claymore DG CND Energy | B | Dividend | | | Sell | 1/28 | J | A | |
| 33. Claymore Zacks | A | Dividend | | | Sell | 11/28 | J | A | |
| 34. VK C&S Muni | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Tom S. | 5/15/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VK Financial Inst. | B | Dividend | | | Sell | 11/28 | J | A | |
| 36. VK EAFE | B | Dividend | | | Sell | 11/28 | J | A | |
| 37. Claymore DG CND Energy | C | Dividend | | | Sell | 11/28 | K | A | |
| 38. Claymore Zacks | A | Dividend | | | Sell | 11/28 | J | A | |
| 39. FT Muni | A | Dividend | J | T | | | | | |
| 40. VK C&S Mumi | C | Dividend | L | T | | | | | |
| 41. VK EAFE | B | Dividend | J | T | | | | | |
| 42. Claymore Def. Equities | A | Dividend | K | T | Buy | 12/1 | K | | |
| 43. Thornbug Income Builder | B | Dividend | L | T | Buy | 10/23 | K | | |
| 44. Claymore Def. Equities | A | Dividend | K | T | Buy | 12/1 | K | | |
| 45. FT Corp. Strength | A | Dividend | K | T | Buy | 11/28 | K | | |
| 46. VK Utility Income | B | Dividend | K | T | Buy | 12/1 | K | | |
| 47. Thornburg Income Builder | B | Dividend | J | T | Buy | 10/23 | J | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Practically all of my annuities, mutual fund accounts, stocks and bonds are held in my LPL Financial Account.

The proceeds of all sales and redemptions shown in this Report were received in that account and all funds for purchases were disbursed from that account.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544